THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT
 BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE
 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Supreme Court

 
 
 
 Richard Warner
 Wyatt, Petitioner,
 v.
 State of South
 Carolina, Respondent.
 
 
 

Appeal From Greenville County
 J. Mark Hayes, II, Circuit Court Judge

Memorandum Opinion No.    2011-MO-032
 Submitted November 16, 2011  Filed
November 21, 2011

AFFIRMED

 
 
 
 Appellate Defender LaNelle C. DuRant, of South Carolina Commission
 on Indigent Defense, Division of Appellate Defense, of Columbia, for
 Petitioner.
 Attorney General Alan Wilson, Chief Deputy Attorney General John
 W. McIntosh, Assistant Deputy Attorney General Salley Elliott, and Assistant Attorney General Karen Ratigan, Office of the Attorney
 General, of Columbia, for Respondent.

 
 

PER CURIAM: 
 In this post-conviction relief case, we granted a writ of certiorari to provide
 petitioner with a belated review of his direct appeal issues pursuant to White
 v. State, 263 S.C. 110, 208 S.E.2d 35 (1974).  We now affirm petitioners
 conviction and sentence pursuant to Rule 220(b)(1), SCACR, and the following
 authorities: Issue 1:  Batson v. Kentucky, 476 U.S. 79 (1986); State v. Rayfield, 369 S.C. 106, 631 S.E.2d 244 (2006); State
 v. Haigler, 334 S.C. 623, 515 S.E.2d 88 (1999); Issue 2:  Rule 403, SCRE;
 Rule 609(a)(1), SCRE; State
 v. Bryant, 369 S.C. 511,
 633 S.E.2d 152 (2006); State
 v. Clark, 315 S.C. 478,
 445 S.E.2d 633 (1994).
AFFIRMED.
TOAL,
 C.J., PLEICONES, BEATTY, KITTREDGE and HEARN, JJ., concur.